440 A.2d 1239

Commonwealth v. Brosky, Appellant.

604

Submitted December 5, 1980. Michael J. Cammarano, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.